UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KARL PENNINGTON,

                                  Plaintiff,

              -against-

ROSSANA ROSADO, *Acting Commissioner of the
New York State Division of Criminal Justice Services, in
her official capacity*

                              Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2022

1:21-cv-7322-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

       By letter dated June 14, 2022, Defendant informed the Court that the parties have reached a settlement in principle and that the parties jointly request a stay of this matter.  Dkt. No. 46.

       This case is STAYED through July 15, 2022 to allow the parties additional time to finalize a stipulation of settlement.  Though the Court is granting the parties' request for a stay, the Court has not extended the June 14, 2022 deadline for the parties to file an objection to the report and recommendation issued by Judge Katharine H. Parker on May 31, 2022, Dkt. No. 43.  *See* 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(2).

       In the event that the parties file a stipulation of settlement prior to July 15, 2022, the stay will be lifted upon the filing of the stipulation of settlement.

       The parties are directed to file a joint status letter no later than July 8, 2022, if the parties have not filed a stipulation of settlement prior to July 8, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 46.

SO ORDERED.

Dated: June 15, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge